\*\*E-Filed 1/8/2009\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RHONDA KASTAN,<br><br>                    Plaintiff,<br><br>         v.<br><br>COUNTRYWIDE HOME LOANS, INC., and DOES 1-50, inclusive,<br><br>                    Defendants. | Case Number C 08-5104 JF (HRL)<br><br>ORDER[1] DENYING MOTION TO DISMISS AS MOOT<br><br>[re: doc. no. 4] |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Countrywide Home Loans, Inc. ("Countrywide") has moved to dismiss the complaint filed by Plaintiff Rhonda Kastan.[2] Plaintiff alleges multiple federal and state claims for relief in connection with her purchase and refinance of a residential property. Plaintiff did not file opposition to Countrywide's motion to dismiss. On January 6, 2009, three days before the scheduled hearing date, Plaintiff filed a first amended complaint ("FAC"). The Ninth Circuit has prescribed a liberal standard favoring leave to amend

---

[1] This disposition is not designated for publication in the official reports.

[2] The Court has determined that the motion is appropriate for disposition without oral argument pursuant to Civil Local Rule 7-1(b).

1  at least once. *See Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051-52 (9th Cir.
2  2003). *See also* Fed. R. Civ. P. 15(a). Accordingly, the Court DENIES the motion to dismiss as
3  moot, and Countrywide may file a subsequent motion to dismiss or other pleading in response to
4  the operative FAC.

6  IT IS SO ORDERED.

8  DATED: January 8, 2009

   JEREMY FOGEL
   United States District Judge

2

Case No. C 08-5104 JF (HRL)
ORDER DENYING MOTION TO DISMISS AS MOOT
(JFLC1)

1  This Order has been served upon the following persons:

2  Deborah Anne Goldfarb     deborah.goldfarb@bryancave.com

3  Jennifer Raphael Komsky     jkomsky@mwroth.com

4  Stacey L. Herter     stacey.herter@bryancave.com, debra.crawford@bryancave.com

5  Homan Mobasser
   M.W. Roth, PLC
6  13245 Riverside Drive
   Suite 320
7  Sherman Oaks, CA 91423

8  Mitchell W. Roth
   M.W. Roth, P.L.C.
9  13245 Riverside Drive
   Suite 510
10 Sherman Oaks, CA 9142

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 08-5104 JF (HRL)
ORDER DENYING MOTION TO DISMISS AS MOOT
(JFLC1)